# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 224

State of North Dakota,

Plaintiff and Appellee

v.

Adam Scott Hamilton,

Defendant and Appellant

### No. 20250307

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable Jay D. Knudson, Judge.

AFFIRMED.

Per Curiam.

Sarah W. Gereszek, Assistant State's Attorney, Grand Forks, ND, for plaintiff and appellee; submitted on brief.

Jamie L. Schaible, Fargo, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Adam Hamilton appeals from an order of the district court granting the State's motion to remove a condition from Hamilton's criminal judgment that had required money from his prison account to be applied to his child support obligations. The State brought the motion after learning all of Hamilton's children were over eighteen years old and had finished high school. The State asserts the motion was brought pursuant to N.D.R.Crim.P. 35(a)(2). We review orders amending a criminal judgment pursuant to Rule 35(a)(2) for an abuse of discretion. *State v. Comes*, 2019 ND 99, ¶¶ 4, 8, 926 N.W.2d 117. After reviewing the record, we conclude the court did not abuse its discretion by granting the motion and summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr